United States District Court
Southern District of Texas
**ENTERED**
May 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:24-CV-00163 |
| AUTOZONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed May 21, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, AUTOZONE, INC., be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on May 24, 2024.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE